

**NUMBER 13-13-00719-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**PAULA GARZA VASQUEZ,**                                                    **APPELLANT,**

**v.**

**JAVIER GARZA AND MAGDALENA GARZA,**                          **APPELLEES.**

---

### On Appeal from the County Court at Law No. 2
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Paula Garza Vasquez, filed an appeal from a judgment entered by the County Court at Law No. 2 of Nueces County, Texas, in cause number 2011-CCV-61592-2. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
6th day of June, 2014.